IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**PIERRE QUARAN HAMILTON,**

    **Plaintiff,**

    v.                                                      CASE NO. 25-3125-JWL

**UNIFIED GOVERNMENT OF**
**KANSAS CITY, KANSAS, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

On July 3, 2025, Plaintiff and state prisoner Pierre Quaran Hamilton filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1.) He also filed a motion for leave to proceed in forma pauperis (Doc. 2) and a motion for appointment of counsel (Doc. 3). Because the financial information Plaintiff provided to support his motion to proceed in forma pauperis did not comply with the statutory requirements, the Court issued a notice of deficiency granting Plaintiff until August 8, 2025 in which to provide the required information. (Doc. 4.) In the alternative, Plaintiff may submit the full filing fee of $405.00.

On July 18, 2025, the Court received from Plaintiff a series of documents that include a copy of an "Inmate Request to Staff Member" in which Plaintiff asks the Kansas Department of Corrections to forward $5.00 from his forced savings account to this Court to pay the filing fee in this matter. (Doc. 5.) Also included is a copy of an "Account Withdrawal Request" for $5.00 designated for a filing fee in this matter. *Id.* at 8.

If a person is not granted leave to proceed in forma pauperis, the filing fee for a non-habeas civil action such as this one is $405.00—the $350.00 fee required by 28 U.S.C. § 1914(a) and a

$55.00 general administrative fee pursuant to § 1914(b) and the District Court Miscellaneous Fee Schedule prescribed by the Judicial Conference of the United States. It is not $5.00. Plaintiff is advised that if he is not granted leave to proceed in forma pauperis, partial payments of the filing fee in this action will not be accepted by the Court and will be returned. Therefore, for this matter to proceed, Plaintiff must either pay the $405.00 filing fee in full or submit the financial information identified in the notice of deficiency to support his motion for leave to proceed in forma pauperis.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff is advised that the filing fee in this matter is $405.00. As explained in this order and in line with the notice of deficiency previously issued (Doc. 4), Plaintiff must submit to the Court, on or before August 8, 2025, either the financial information required to support his motion for leave to proceed in forma pauperis or the full $405.00 filing fee. If Plaintiff fails to do so, this matter will be dismissed without prejudice and without further prior notice to Plaintiff.

**IT IS SO ORDERED.**

**Dated this 18th day of July, 2025, in Kansas City, Kansas.**

                                              **S/ John W. Lungstrum**
                                              **JOHN W. LUNGSTRUM**
                                              **UNITED STATES DISTRICT JUDGE**