IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**PIERRE QUARAN HAMILTON,**

    **Plaintiff,**

    v.                                                                                          CASE NO. 25-3125-JWL

**UNIFIED GOVERNMENT OF**
**KANSAS CITY, KANSAS, et al.,**

    **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff and Kansas prisoner Pierre Quaran Hamilton brings this pro se civil rights action under 42 U.S.C. § 1983. It comes now before the Court on Plaintiff's "Motion for Leniency," filed September 2, 2025. (Doc. 20.) In the motion, Plaintiff asks the Court to consider his prior "Motion to Invalidate Conviction" as his written response to the memorandum and order to show cause (MOSC) issued on August 25, 2025. *Id.* This request is in contrast to Plaintiff's statement in the "Motion to Invalidate Conviction" that expressly asked the Court *not* to "count this Motion as [his] written response" to the MOSC. (*See* Doc. 19, p. 4.)

The Court notes that in the motion now before it," Plaintiff states that his "reasoning, judgement [and] emotional welfa[re] is compromised" and that he is "nervous, grieving [and] scared." (Doc. 20, p. 1.) In light of this information, the Court will not immediately treat the motion to invalidate conviction as Plaintiff's sole response to the MOSC. The deadline to respond to the MOSC is currently set as September 26, 2025. (Doc. 18.) If Plaintiff chooses to do so, he may file a written response, clearly titled as a response to the MOSC, on or before September 26, 2025. If that deadline passes and the Court has not received from Plaintiff a filing clearly intended to be

1

the response to the MOSC, it will treat Plaintiff's "Motion to Invalidate Conviction" (Doc. 19) as the response to the MOSC and will issue further orders as necessary.

**IT IS THEREFORE ORDERED BY THE COURT** that the motion for leniency (**Doc. 20**) is **denied** for the reasons set forth in this order.

**IT IS SO ORDERED**.

Dated September 4, 2025, in Kansas City, Kansas.

> **S/ John W. Lungstrum**
> **JOHN W. LUNGSTRUM**
> **UNITED STATES DISTRICT JUDGE**