IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PIERRE QUARAN HAMILTON,

    **Plaintiff,**

v.                                                         CASE NO. 25-3125-JWL

UNIFIED GOVERNMENT OF
KANSAS CITY, KANSAS, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

On August 25, 2025, the Court issued a memorandum and order to show cause (MOSC) explaining that this matter is subject to dismissal in its entirety. (Doc. 18.) Plaintiff's response to the MOSC is currently due on or before September 26, 2025. (*See* Doc. 22.) This matter comes now before the Court on Plaintiff's "Motion to Amend or Modify the Amount Requested to 750 Million U.S.D." (Doc. 23.) The Court will reserve ruling on this motion until Plaintiff submits a written response to the MOSC or the deadline to do so expires. Plaintiff should refrain from filing motions in this case until the Court has issued an order resolving whether this matter should be dismissed for the reasons set forth in the MOSC.

    **IT IS THEREFORE ORDERED BY THE COURT** that ruling on the motion (Doc. 23) is reserved until the Court has ruled on the issues identified in the MOSC (Doc. 18).

    **IT IS SO ORDERED**.

    Dated September 11, 2025, in Kansas City, Kansas.

                                                          S/ John W. Lungstrum
                                                           JOHN W. LUNGSTRUM
                                                           UNITED STATES DISTRICT JUDGE